IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LATISHA JONES, ) | |
| ) | |
| Petitioner, ) | No. 2:19-cv-02304-TLP-tmp |
| ) | |
| v. ) | |
| ) | |
| TRINITY MINTER, ) | |
| ) | |
| Respondent. ) | |

**ORDER DIRECTING RESPONDENT TO RESPOND TO THE PETITION
AND FILE THE STATE-COURT RECORD**

Petitioner Latisha Jones[1] filed a pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 ("§ 2254 Petition") on May 14, 2019. (ECF No. 1.) Petitioner paid the $5.00 filing fee. (ECF No. 3.) The Clerk shall record the Respondent as Trinity Minter, WTRC Warden.

The Clerk is DIRECTED to serve a copy of the § 2254 Petition and this Order on Respondent and the Tennessee Attorney General and Reporter by certified mail pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Respondent is ORDERED to file a response to the § 2254 Petition within twenty-eight (28) days of service of the Amended § 2254 Petition. The answer shall include the complete state-court record, organized and appropriately indexed, as required by Local Administrative Order 2016-31. See 28 U.S.C. § 2254(b)(1). The answer shall also state whether the claim was

---

[1] Tennessee Department of Corrections prisoner number 325241, is incarcerated at the West Tennessee State Penitentiary Site I, Women's Therapeutic Residential Center ("WTRC") in Henning, Tennessee.

exhausted, in whole or in part, in state court and shall assert appropriate procedural defenses, if any, for each claim. Where only a portion of a claim has been exhausted in state court, the answer shall specify the aspects of the claim that were exhausted and the aspects of the claim that are subject to procedural defenses. Where a merits analysis is appropriate, the answer shall: (1) cite the state court ruling for an exhausted claim; (2) identify the clearly established Supreme Court precedent governing the claim; and (3) respond to the petitioner's argument that he is entitled to habeas relief on the claim with appropriately reasoned legal and factual argument.

Petitioner may, if she chooses, submit a reply to Respondent's Answer or response within twenty-eight (28) days of service. Petitioner may request an extension of time to reply if her motion is filed on or before the due date of her response. The Court will address the merits of the § 2254 Petition, or of any motion filed by Respondent, after the expiration of the time to reply, as extended.

**SO ORDERED**, this 15th day of May, 2019.

                                           s/Thomas L. Parker
                                           THOMAS L. PARKER
                                           UNITED STATES DISTRICT JUDGE